FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GERALD HALSEY, BETTY HALSEY, GERALD R. HALSEY AND/OR BETTY HALSEY LIVING TRUST, MICHAEL CESKE, IRIS MALLORY, and LUCIAN LYONS,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN CROSKREY, and BONASA BREAKS RANCH, LLC; a Florida limited liability corporation,<br><br>Defendant. | No.  2:20-cv-00371-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation,

**IT IS HEREBY ORDERED**:

1. The parties' proposed Stipulated Protective Order, **ECF No. 66**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference subject to the following amendment:

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

      **A.**      In Exhibit A, **ECF No. 66 at 16–17**, any reference to "the United States District Court for the Western District of Washington" is **AMENDED** to "the United States District Court for the Eastern District of Washington."

    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

    **DATED** this 20th day of October 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 2