UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GERALD HALSEY, BETTY HALSEY, GERALD R. HALSEY AND/OR BETTY J. HALSEY LIVING TRUST, MICHAEL CESKE, IRIS MALLORY, and LUCIAN LYONS,<br><br>            Plaintiffs,<br><br>vs.<br><br>STEPHEN CROSKREY, and BONASA BREAKS RANCH, LLC, a Florida limited liability corporation,<br><br>            Defendants. | NO: 2:20-CV-0371-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

    BEFORE THE COURT is the parties' Stipulated Voluntary Dismissal. ECF No. 102. The parties agree to the dismissal of the above-captioned matter with prejudice and without an award of costs to either party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without an award of costs to either party.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 28, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2